IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNNY L. BROWN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D13-5426

FLORIDA PAROLE
COMMISSION,

      Respondent.

_____/

Opinion filed July 2, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Johnny L. Brown, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Parole Commission, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.